469 A.2d 291

Commonwealth ex rel. Kane v. Kane, Appellant.

Submitted September 9, 1983. S. Seifert, for appellant; James M. McNamara, Jr., for appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.

471 A.2d 111

DuFresne, Appellant, v. State Farm Ins. Co.
Reargument Denied Feb. 28, 1984.
Petition for Allowance of Appeal Denied Sept. 5, 1984.

Argued April 21, 1983. Allen L. Feingold, for appellant; Frederick Smith, for appellee.
Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.